UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD C. SPRUEL JR.,

   Plaintiff,

   v.

HAROLD CLARKE *et al*.,

   Defendants.

Case No. C06-5021RJB

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO CONDUCT DISCOVERY AND RE-NOTING DEFENDANTS MOTION TO DISMISS

This action, brought pursuant to 42 U.S.C. 2000, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion to extend discovery (Dkt. # 41).  Plaintiff asks for a 90 day extension of time.

Defendants have responded (Dkt. # 44).  Defendants note they have a motion to dismiss at the Fed. R. Civ. P. 12 (c) stage pending.  The motion to dismiss is (Dkt. # 42).  Defendants ask discovery be stayed until after a ruling on their motion to dismiss.  Defendants state they do no oppose a 45 day extension of time to conduct discovery, but believe a 90 day extension is too long a time frame.

A short extension of time to conduct discovery until **January 12th, 2007** is **GRANTED**.

ORDER - 1

1  Defendants motion to dismiss, (Dkt. #42), is re-noted for **January 26th, 2007.**

2        The clerk's office is directed to send copies of this order to plaintiff and counsel for

3  defendants.  The Clerk's office should remove (Dkt. # 41 and 44) from the court's calendar, note the

4  **January 12th, 2007** discovery cutoff date and the **January 26th, 2007** noting date for defendants

5  motion to dismiss.

6

7

      DATED this 22nd, day of November, 2006.

8

9

                              */S/ J. Kelley Arnold*

10                               J. Kelley Arnold
                              United States Magistrate Judge

28  ORDER - 2