UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD C. SPRUEL JR.,

    Plaintiff,

    v.

HAROLD CLARKE *et al.*,

    Defendants.

Case No. C06-5021RJB

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

    This action, brought under 42 U.S.C. 2000, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis*. Before the court is defendant's motion for summary judgment (Dkt. # 56). Plaintiff has filed a motion asking for a 30-day extension of time to respond and the reason given for the extension of time is plaintiff's status as an inmate (Dkt. # 57). Defendant's oppose the extension of time (Dkt. # 58). Defendants note that plaintiff has sought and received extensions of time at several junctures in this litigation.

    The court has considered the pleadings. Plaintiff's motion is **GRANTED IN PART**. Plaintiff is granted a two-week extension of time until **April 13, 2007,** to have a response to the motion filed. Any reply defendants wish to file will be due on or before **April 20, 2007.**

    The clerks office is directed to send copies of this order to plaintiff and counsel for

ORDER - 1

1  defendants, re-note the summary judgment motion, Dkt. # 56, for **April 20, 2007**, and remove Dkt.
2  # 57 from the courts calendar.

3
      DATED this 2 day of April, 2007.
4

5                                          /S/ *J. Kelley Arnold*
                                         J. Kelley Arnold
6                                          United States Magistrate Judge

28 ORDER - 2