# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD C. SPRUEL, JR. | JUDGMENT IN A CIVIL CASE |
| v. | |
| HAROLD CLARKE, et al. | CASE NUMBER: C06-5021RJB |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


The Report and Recommendation, Dkt #62, is ADOPTED. Defendants' motion for summary judgment, Dkt #56, is GRANTED. This case is DISMISSED WITH PREJUDICE.


May 31, 2007

BRUCE RIFKIN
Clerk

/s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk